[No. 39568-1-II.   Division Two.   November 24, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY COXE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00213-1, Richard L. Brosey, J., entered July 13, 2009. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Quinn-Brintnall, J., and Serko, J. Pro Tem.

[No. 40035-9-II.   Division Two.   November 24, 2010.]

ROY BILLINGS, *Appellant*, v. ENERGY EXTERIORS, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-08018-1, Susan Serko, J., entered October 30, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.

[No. 62964-6-I.   Division One.   November 29, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR O'NEAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-03256-2, Catherine D. Shaffer, J., entered February 2, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Cox, J.

[No. 63892-1-I.   Division One.   November 29, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMY JEAN KIRK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-14381-0, Deborah D. Fleck, J., entered June 29, 2009. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Cox, J.